# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY HILL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. BANCORP,<br><br>　　　　Defendant. | No. 2:15-cv-00540-MCE-EFB<br><br><br>**ORDER** |

Presently before the Court is a Motion to Withdraw as Counsel (ECF No. 11) filed by Andrew W. Graham of the Law Offices of Bowman & Associates ("Counsel"), counsel for Plaintiff Tiffany Hill ("Plaintiff"), by which Counsel seeks to withdraw leaving Plaintiff in propria persona. This Motion is governed by the requirements of Eastern District of California Local Rule 182(d), which provides, among other things, that "'[t]he attorney shall provide an affidavit stating the current or last known address or addresses of the client and the efforts made to notify the client of the motion to withdraw."

///
///
///
///
///

No attorney affidavit has been provided.  Accordingly, the Motion as filed is deficient for failure to comply with Local Rule 182(d), and Counsel's request to withdraw (ECF No. 11) is DENIED without prejudice.

IT IS SO ORDERED.

Dated:  October 5, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT